UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DORIT STRAUSS and TOUVIA STRAUSS,
    Plaintiffs,

v.

SIMON PROPERTY GROUP, INC. and
CHRISTOPHER MARINO d/b/a XTREME
SNOW PROS,
    Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 7459 (VB)

  On December 11, 2019, the Court held an initial conference in this case, at which counsel informed the Court of the parties' consent to conducting all further proceedings before a magistrate judge pursuant to 28 U.S.C. § 636(c). The parties also indicated their consent to same in their proposed Civil Case Discovery Plan and Scheduling Order, which was So-Ordered on December 11, 2019. (Doc. #19).

  During the December 11 conference, counsel indicated the parties would execute and file within one week the form Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. To date, counsel have not done so.

  Accordingly, it is HEREBY ORDERED:

  If the parties still consent to conducting all further proceedings before a magistrate judge, they shall execute the attached consent form and file same by February 17, 2020.[1]

Dated: February 10, 2020
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] The form also is available on the Court's website at the following address: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

# UNITED STATES DISTRICT COURT
for the

|  | ) |
| --- | --- |
| Plaintiff | ) |
| v. | ) Civil Action No. |
|  | ) |
| Defendant | ) |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
| --- | --- | --- |
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.