UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DORIT STRAUSS and TOUVIA STRAUSS,
                Plaintiffs,

v.

SIMON PROPERTY GROUP, INC. and
CHRISTOPHER MARINO d/b/a XTREME
SNOW PROS,
                Defendants.
--------------------------------------------------------------x

**ORDER REGARDING
SEALED DOCUMENTS**

19 CV 7459 (VB)

The Court having So Ordered the parties' Discovery Confidentiality Order, dated November 12, 2020, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: November 12, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge