UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DORIT STRAUSS and TOUVIA STRAUSS,  :
          Plaintiffs,  :
v.  :  **ORDER**  11/12/20
  :
SIMON PROPERTY GROUP, INC. and  :  19 CV 7459 (VB)
CHRISTOPHER MARINO d/b/a XTREME  :
SNOW PROS,  :
          Defendants.  :
--------------------------------------------------------------x

       The Court conducted a status conference today in the above matter, at which counsel for all parties appeared by telephone. Accordingly, it is HEREBY ORDERED:

    1.    The deadline for completion of all discovery is extended to December 31, 2020.

    2.    The parties' deadline to submit a Joint Pretrial Order is stayed pending further order of the Court.

    3.    A status conference is scheduled for <u>January 22, 2021 at 2:45 p.m</u>. Counsel shall attend the conference by calling the following number and entering the access code when requested:

        **Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**

        **Access Code:**    1703567

Dated: November 12, 2020
       White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge